United States Court of Appeals
Fifth Circuit

**F I L E D**

June 22, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-10310
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

JUAN ESTEBAN JUAREZ-AGUILAR,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:03-CR-105-ALL-J
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed for Juan Esteban Juarez-Aguilar has moved
for leave to withdraw and has filed a brief in accordance with
Anders v. California, 386 U.S. 738 (1967).  Juarez has not
responded to counsel's motion.  Our independent review of
counsel's brief and the record discloses no nonfrivolous issue
for appeal.  Accordingly, counsel's motion for leave to withdraw
is GRANTED, counsel is excused from further responsibilities
herein, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.